Edward C. Boughton, Respondent, *v.* Abraham S. Davies, Appellant. Moses Esberg, for respondent. B. W. Traitel, for appellant. Appeal from order of discontinuance, Third District Court, Hon. W. F. Moore, J. Appeal dismissed without costs, the court on appeal having no jurisdiction.

Daniel Rosenbaum, Respondent, *v.* Emma Mollner, Appellant. B. Metzger, for respondent. M. B. Blumenthal, for appellant. Appeal from judgment of the Seventh District Court, Hon. J. B. McKean, J. Judgment affirmed, with costs.

M. C. Milnor, Respondent, *v.* James T. White, Appellant. M. C. Milnor, for respondent. O. J. Hochstadter, for appellant. Appeal from judgment of the Third District Court, Hon. Wm. F. Moore, J. Judgment affirmed, with costs.

Nathan Goldberg, Respondent, *v.* David Cohen, Appellant. J. Levy, for respondent. J. Levy, for appellant. Appeal from judgment of Fifth District Court, Hon. H. M. Goldfogle, J. Judgment reversed, new trial ordered, costs to appellant to abide the event.

Walter T. Parker, as Surviving Partner, Respondent, *v.* A. W. Lightbourne, Appellant. Stapler, Short & Townsend, for respondent. C. C. Ferris, for appellant. Appeal from judgment of the Eleventh District Court, Hon. Thomas E. Murray, J. Judgment affirmed, with costs.